Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 745 - 1 | **DATE** | 11/13/2007 |
| **CASE TITLE** | USA vs. Tyrice L Rogers | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Tyrice L Rogers appears in response to arrest on 1/13/07. Defendant informed of his rights. Enter order appointing Robert A Korenkiewicz from the Federal Defender Program as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Tyrice L Rogers is the person named in the arrest warrant. Government's oral motion for pretrial detention is granted. Order defendant removed to the Northern District of Iowa - Eastern/ Dubuque Division. Order defendant removed in custody to the Northern District of Iowa - Eastern/ Dubuque Division -  forthwith

Docketing to mail notices.

00:10 ptc

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|