# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of UNITED STATES v. THRICE Rogers

Case Number: 07 cr 745, 07 cr 745

**FILED NOV 13 2007** MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THRICE Rogers

**RECEIVED NOV 13 2007** MAGISTRATE JUDGE NAN R. NOLAN UNITED STATES DISTRICT COURT

| NAME (Type or print) Robert A. Korenkiewicz |
| --- |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ |
| FIRM |
| STREET ADDRESS 70 N. Clark St. Ste. 1200 |
| CITY/STATE/ZIP Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 21721 | TELEPHONE NUMBER 312-816-5283 |
| --- | --- |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒