# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE OF: UNITED STATES vs. THRICE Rogers
FOR: N.D. OF ILLINOIS

**FILED NOV 13 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**RECEIVED**

PERSON REPRESENTED (Show your full name)

- ☒ 1. Defendant – Adult
- ☐ 2. Defendant – Juvenile
- ☐ 3. Appellant
- ☐ 4. Probation Violator
- ☐ 5. Parole Violator
- ☐ 6. Habeas Petitioner
- ☐ 7. 2255 Petitioner
- ☐ 8. Material Witness
- ☐ 9. Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
21 USC §§ 841, 846

DOCKET NUMBERS
Magistrate: 07CR745
07CR1079
District Court: Removal
Court of Appeals: 07cr745

**MAGISTRATE JUDGE NAN R. NOLAN UNITED STATES DISTRICT COURT**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 400   SOURCES: ODD JOBS

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | LATRICE SMITH/ROOM RENTED | $ | Sometimes $100 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/13/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Tyrice Rogers