## UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

**OFFICE OF THE CLERK**
November 19, 2007

Mr. Robert L. Phelps II
Clerk
United States District Court
Federal Building & United States Courthouse
3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202



Re:

REC'D NOV 2 3 2007

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings
conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 07 cr 745 | _X_ Order of Removal dated:  11/13/07 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | ____ Order setting conditions of release |
| ___ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

*FILED*
*NOV 26 2007*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Yvette Pearson

Yvette Pearson     , Deputy Clerk